ADRIAN M. PRUETZ – State Bar No. 118215
apruetz@glaserweil.com
ERICA J. VAN LOON– State Bar No. 227712
evanloon@glaserweil.com
JESSICA E. MENDELSON– State Bar No. 280388
jmendelson@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California  90067
Telephone:    (310) 553-3000
Facsimile:    (310) 556-2920

Attorneys for Plaintiff
*SHK Management, Inc. d/b/a*
*Korman Communities, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHK MANAGEMENT, INC. d/b/a KORMAN COMMUNITIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>KILROY REALTY CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  2:14-cv-02509-DMG-E<br><br>Hon. Dolly M. Gee<br><br>**PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF BOB MULLER IN SUPPORT OF DEFENDANT KILROY REALTY CORPORATION'S MOTION TO DISMISS THE FIRST THROUGH SEVENTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>DATE:     June 27, 2014<br>TIME:     9:30 a.m.<br>ROOM:    7 |

Plaintiff SHK Management, Inc. d/b/a Korman Communities, Inc. ("Korman") hereby objects to the Declaration of Bob Muller ("Muller") filed in Support of Defendant Kilroy Realty Corporation's ("Kilroy") Motion to Dismiss the First Through Seventh Causes of Action For Failure to State a Claim Upon Which Relief Can Be Granted ("Muller Declaration") as follows, and respectfully requests that the submitted declaration be stricken for all the following reasons:

## GENERAL OBJECTIONS

As described in detail below, the Muller Declaration falls far short of the evidentiary standards of the Federal Rules of Evidence, is unreliable and should be stricken. Muller lacks sufficient personal knowledge to testify about the Term Sheet, the Scope of Services Sheet, and the draft Management Agreement. Muller was not copied on any of the cover emails for any of these documents and appears to have no personal knowledge as to their contents. Muller has laid no foundation showing he was involved in the creation of these documents or that he has knowledge of their authenticity, and thus, lacks sufficient knowledge and has failed to lay a proper foundation as to such exhibits. Accordingly, Muller's declaration fails to meet the threshold for admissibility under the Federal Rules of Evidence and should be stricken.

## SPECIFIC OBJECTIONS TO THE DECLARATION OF BOB MULLER

| Item Objected To | Objections |
|---|---|
| **Paragraph 2:** Attached as ***Exhibit "A,"*** and incorporated in full by this reference, is a true copy of the Term Sheet (with cover e-mail) that is referenced in Korman's Complaint at paragraphs 36, 37, 43, 54-59, 77, 80, 85, 87, 89, 92, and 93. | **Lacks foundation, Fed. R. Evid. 601; No Personal Knowledge, Fed. R. Evid. 602.**<br><br>Plaintiff objects that the Declarant lacks foundation and has no personal knowledge as to the Term Sheet and its contents. Declarant is not copied on the cover email, and lacks personal knowledge regarding the statements made therein. Declarant has laid no |

| | | |
|---|---|---|
| | | foundation establishing that he was involved in the creation of this document or that he has knowledge of its authenticity. |
| | **Paragraph 3:** Attached as *Exhibit "B,"* and incorporated in full by this reference, is a true copy of the Scope of Services Sheet (with cover e-mail) that is referenced in Korman's Complaint at paragraph 38. | **Lacks foundation, Fed. R. Evid. 601; No Personal Knowledge, Fed. R. Evid. 602.**<br><br>Plaintiff objects that the Declarant lacks foundation and has no personal knowledge as to the Term Sheet and its contents. Declarant is not copied on the cover email, and lacks personal knowledge regarding the statements made therein. Declarant has laid no foundation establishing that he was involved in the creation of this document or that he has knowledge of its authenticity. |
| | **Paragraph 4:** Attached as *Exhibit "C,"* and incorporated in full by this reference, is a true copy of the draft Management Agreement (with cover e-mail) that is referenced in Korman's Complaint at paragraphs 40-42. | **Lacks foundation, Fed. R. Evid. 601; No Personal Knowledge, Fed. R. Evid. 602.**<br><br>Plaintiff objects that the Declarant lacks foundation and has no personal knowledge as to the Term Sheet and its contents. Declarant is not copied on the cover email, and lacks personal knowledge regarding the statements made therein. Declarant has laid no foundation establishing that he was involved in the creation of this document or that he has knowledge of its authenticity. |

//

//

//

**PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF BOB MULLER**

860650.1

| | | |
|---|---|---|
| 1 | DATED: June 6, 2014 | By: /s/ Erica J. Van Loon |
| 2 | | ADRIAN M. PRUETZ |
| 3 | | ERICA J. VAN LOON |
| | | JESSICA E. MENDELSON |
| 4 | | G<small>LASER</small> W<small>EIL</small> F<small>INK</small> J<small>ACOBS</small> |
| | | H<small>OWARD</small> A<small>VCHEN</small> & S<small>HAPIRO</small> LLP |
| 5 | | 10250 Constellation Blvd., 19th Floor |
| 6 | | Los Angeles, CA 90067 |

*Attorneys for Plaintiff*
SHK Management, Inc. d/b/a Korman Communities, Inc.



---

**3**
**PLAINTIFF'S OBJECTIONS TO THE DECLARATION OF BOB MULLER**

860650.1