ADRIAN M. PRUETZ - State Bar No. 118215
apruetz@glaserweil.com
ERICA J. VAN LOON - State Bar No. 227712
evanloon@glaserweil.com
MIEKE K. MALMBERG – State Bar No. 209992
mmalmberg@glaserweil.com
JESSICA E. MENDELSON – State Bar No. 280388
jmendelson@glaserweil.com
GLASER WEIL FINK
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 282-6250
Facsimile:   (310) 785-3550

Attorneys for Plaintiff
SHK Management, Inc.
d/b/a Korman Communities, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHK MANAGEMENT, INC. d/b/a KORMAN COMMUNITIES, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>KILROY REALTY CORPORATION, a Maryland Corporation; and DOES 1 through 10,<br><br>Defendant. | CASE NO.:  2:14-cv-02509-DMG-E<br><br>Hon. Dolly M. Gee<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that SHK Management, Inc. d/b/a Korman Communities, Inc. ("Korman") and Kilroy Realty Corporation ("Kilroy") (collectively, the "Parties") have reached a settlement in the above-entitled action. The settlement agreement between the Parties is currently being finalized. The Parties anticipate that all prerequisites to the filing of a Stipulation of Dismissal of the Action with Prejudice should be met within the next thirty (30) days. Thus, the Parties request that this Court vacate the Court's September 1, 2015 trial date, and all upcoming deadlines associated therewith.

The Parties further request that the jurisdiction of this Court be retained pending finalization of settlement and the filing of a Stipulation of Dismissal.

DATED: April 21, 2015

By: /s/ Erica J. Van Loon
ADRIAN M. PRUETZ
ERICA J. VAN LOON
MIEKE K. MALMBERG
JESSICA E. MENDELSON
GLASER WEIL FINK HOWARD
 AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff*
*SHK Management, Inc. d/b/a*
*Korman Communities, Inc.*

**NOTICE OF SETTLEMENT**

1023506

| | | |
|---|---|---|
| 1 | DATED: April 21, 2015 | By: /s/ Douglas P. Roy |
| 2 | | NABIL ABU-ASSAL |
| 3 | | ROBERT MULLER |
| | | DOUGLAS P. ROY |
| 4 | | CYPRESS LLP |
| | | 11111 Santa Monica Blvd., Suite 500 |
| 5 | | Los Angeles, CA 90025 |

*Attorneys for Defendant*
*Kilroy Realty Corporation*

**GlaserWeil**

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

**NOTICE OF SETTLEMENT**