UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    JS-6

| Case No. | CV 14-2509-DMG (Ex) | Date | April 22, 2015 |
|---|---|---|---|

| Title | SHK Management, Inc. v. Kilroy Realty Corporation, et al. |
|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed April 21, 2015, indicating that the case has settled in its entirety, this action is placed in inactive status.

By May 21, 2015 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of May 22, 2015.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.   All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.