1  ADRIAN M. PRUETZ - State Bar No. 118215
   apruetz@glaserweil.com
2  ERICA J. VAN LOON - State Bar No. 227712
   evanloon@glaserweil.com
3  MIEKE K. MALMBERG – State Bar No. 209992
   mmalmberg@glaserweil.com
4  JESSICA E. MENDELSON – State Bar No. 280388
   jmendelson@glaserweil.com
5  GLASER WEIL FINK
6    HOWARD AVCHEN & SHAPIRO LLP
   10250 Constellation Boulevard, 19th Floor
7  Los Angeles, California 90067
   Telephone:  (310) 282-6250
8  Facsimile:  (310) 785-3550

Attorneys for Plaintiff
SHK Management, Inc.
d/b/a Korman Communities, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHK MANAGEMENT, INC. d/b/a KORMAN COMMUNITIES, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>KILROY REALTY CORPORATION, a Maryland Corporation; and DOES 1 through 10,<br><br>Defendant. | CASE NO.:  2:14-cv-02509-DMG-E<br><br>Hon. Dolly M. Gee<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

1026989

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SHK Management, Inc. d/b/a Korman Communities, Inc. ("Korman") on the one hand, and Defendant Kilroy Realty Corporation ("Kilroy") on the other hand, hereby stipulate to dismiss this action with prejudice. Each party shall bear its own attorneys' fees and costs associated with this action.

DATED: May 4, 2015     By: /s/ Erica J. Van Loon
ADRIAN M. PRUETZ
ERICA J. VAN LOON
MIEKE K. MALMBERG
JESSICA E. MENDELSON
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

*Attorneys for Plaintiff
SHK Management, Inc. d/b/a
Korman Communities, Inc.*

DATED: May 4, 2015     By: /s/ Douglas P. Roy
NABIL ABU-ASSAL
ROBERT MULLER
DOUGLAS ROY
Cypress LLP
11111 Santa Monica Blvd., Suite 500
Los Angeles, CA 90025

*Attorneys for Defendant
Kilroy Realty Corporation*

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

1026989