UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHK MANAGEMENT, INC. d/b/a KORMAN COMMUNITIES, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>KILROY REALTY CORPORATION, a Maryland Corporation; and DOES 1 through 10,<br><br>Defendant. | CASE NO.: CV 14-2509-DMG (Ex)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE [52]** |

.

1 |     IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure
2 | 41(a)(1)(A)(ii) and upon review of the Stipulation to Dismiss Action with Prejudice
3 | signed by all parties who have appeared, the above-captioned action is hereby
4 | dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: May 6, 2015

*/s/ Dolly M. Gee*
DOLLY M. May 06, 2015. GEE
UNITED STATES DISTRICT JUDGE

---

1

**ORDER TO DISMISS ACTION WITH PREJUDICE**